UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>TROY FAIRCHILD,<br><br>                Defendant. | CASE NO. 2:25-cr-00194-LK<br><br>ORDER CONTINUING TRIAL |

       This matter comes before the Court on the Defendant Troy Fairchild's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 17. The Government does not object to this request. *Id.* at 1. Mr. Fairchild is charged with Unlawful Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1). Dkt. No. 1. At his arraignment, he pleaded not guilty to the charges and requested discovery. Dkt. No. 16. The Court scheduled trial for December 1, 2025, with pretrial motions due October 22, 2025. *Id.*

       Mr. Fairchild now seeks a continuance of the trial date to June 22, 2026, with a pretrial motions deadline "consistent with the new trial date." Dkt. No. 17 at 1. He seeks a continuance to provide defense counsel with "additional time to review the discovery, investigate the allegations,

address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Mr. Fairchild." *Id.* Mr. Fairchild notes that the Government provided discovery on October 2, 2025. *Id.* Further, his counsel represents that he "has another trial scheduled for . . . December 8, 2025." *Id.* Mr. Fairchild has waived his speedy trial rights through July 6, 2026. Dkt. No. 18.

Given the nature and circumstances of this case, and pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Mr. Fairchild in any speedier trial. The Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice by denying Mr. Fairchild counsel the reasonable time necessary to effectively prepare for trial, to obtain and review discovery, to investigate the matter, to gather evidence material to the defense, and to pursue possible defenses, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). The Court finds that the additional time granted herein is a reasonable period of delay and will be necessary to provide counsel reasonable time to accomplish the above tasks. For these reasons, the Court GRANTS the motion and ORDERS that trial in this matter shall be continued to June 22, 2026. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Fairchild's trial must commence under the Speedy Trial Act. Pretrial motions are due by May 11, 2026. If expert testimony is anticipated, the parties must propose a date prior to trial (either at or before the pretrial conference) for a Daubert hearing.

Dated this 10th day of October, 2025.

Lauren King
United States District Judge