The Hon. Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TROY FAIRCHILD,<br>Defendant,<br>and<br>ERIC JOHN ELMER,<br>Third-Party Petitioner. | NO. CR25-194-LK<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTLING THIRD-PARTY PETITION**<br><br>NOTE ON MOTION CALENDAR:<br>October 23, 2026 |

The United States and Third-Party Petitioner Eric John Elmer present the following Stipulation and proposed Order to settle Mr. Elmer's asserted interest in a Diamondback DB15 .223 caliber rifle, bearing serial number DB2044822, which has been forfeited by Defendant Troy Fairchild.

## I. RELEVANT PROCEDURAL FACTS

On September 24, 2025, a federal grand jury returned an Indictment charging Defendant Troy Fairchild with *Unlawful Possession of a Firearm*, in violation of 18 U.S.C. § 922(g)(1), relating to his possession of two firearms, a Diamondback DB15



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

.223 rifle and a Palmetto State Armory Dagger 9mm pistol. Dkt. No. 10. The Indictment included a forfeiture allegation, providing notice that the United States would seek forfeiture, pursuant to 18 U.S.C. § 924(d), by way of 28 U.S.C. § 2461(c), of any firearms and ammunition that were involved in the offense, including the two referenced firearms and any associated ammunition. *Id.* at 2.

On April 9, 2026, Defendant Fairchild pled guilty to the charged offense and agreed to forfeit the two firearms and any associated ammunition. Dkt. No. 27 ¶ 12. In his Plea Agreement, Defendant Fairchild admitted that the Diamondback DB15 .223 rifle was in a rifle bag, along with ammunition and assorted rifle parts, in the back seat of his vehicle. *Id.* ¶ 8.b.

On June 25, 2026, the Court issued a Preliminary Order of Forfeiture, forfeiting Defendant Fairchild's interest in the two firearms and any associated ammunition. Dkt. No. 34. Subsequently, the United States confirmed the serial number associated with the Diamondback DB15 .223 rifle is DB2044822.

As required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, the United States published notice of the Preliminary Order of Forfeiture and of its intent to dispose of the preliminarily forfeited property in accordance with governing law. *See* Dkt. No. 40. That notice informed any third parties claiming an interest in the property that they were required to file a petition with the Court within 60 days of the date of the notice's first publication on June 27, 2026. *Id.* The United States published a supplemental notice of the Preliminary Order of Forfeiture, which included the serial numbers of the firearms, beginning on August 20, 2026. *See* Dkt. No. 42.

On September 2, 2026, as required by Fed. R. Crim. P. 32.2(b)(6)(A), the United States also sent notice and a copy of the Preliminary Order of Forfeiture to the three potential claimants identified through review of the underlying investigative material, including Mr. Elmer. On or about September 4, 2026, Mr. Elmer submitted a timely



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Petition to the Diamondback DB15 .223 rifle, which this office filed with the Court. *See* Dkt. No. 41.

No other third-party petitions have been filed to the Diamondback DB15 .223 rifle and the period in which such petitions could be submitted has expired.

## II. STIPULATION

The United States and Eric John Elmer HEREBY STIPULATE to the following facts:

1. In support of his Petition, Mr. Elmer asserts that he is the rightful owner of the Diamondback DB15 .223 rifle. *See* Dkt. No. 41 (Exhibit A). Mr. Elmer asserts that he acquired ownership of the rifle before the events giving rise to the criminal case and forfeiture proceeding and that he did not transfer, loan, or otherwise provide Defendant Fairchild with possession of the firearm. *Id.* Mr. Elmer explains that the firearm was stolen from his vehicle, along with magazines and clips containing ammunition, a second firearm, and a cell phone, on or about June 17, 2025, in Fife, Washington. *Id.* Mr. Elmer requests return of the rifle and any associated magazines and ammunition that are determined to be his property. *Id.*

2. The United States has reviewed records confirming that Mr. Elmer is the registered owner of the Diamondback DB15 .223 rifle.

3. Based on the information and affirmations reflected in paragraphs 1 and 2 above, the United States accepts Mr. Elmer's claim to have a cognizable ownership interest in the Diamondback DB15 .223 rifle and agrees that the government will return the rifle to him.

4. Given the time that elapsed between the date the Diamondback DB15 .223 rifle and other property was stolen from Mr. Elmer and the date of Defendant Fairchild's offense, the Parties agree that it cannot be determined whether the ammunition and rifle parts associated with the Diamondback DB15 .223 rifle when it was seized belong to Mr. Elmer. Mr. Elmer withdraws his request for return of magazines and ammunition and



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

agrees that only the Diamondback DB15 .223 rifle will be returned to him pursuant to this Stipulation.

5. Mr. Elmer understands and agrees that this Stipulation fully and finally resolves his claim to the Diamondback DB15 .223 rifle. Mr. Elmer waives any right to further litigate or pursue his Petition, or any other claim to the Diamondback DB15 .223 rifle, in this or any other proceeding, judicial or administrative.

6. Mr. Elmer agrees to release and hold harmless the United States, its agents, representatives, and/or employees, as well as any involved state or local law enforcement agencies, their agents, representatives, and/or employees, from any and all claims he may possess, or that could arise, based on the seizure, detention, and return of the Diamondback DB15 .223 rifle.

7. The United States and Mr. Elmer agree they will each bear their own costs and attorneys' fees associated with the seizure, detention, and return of the Diamondback DB15 .223 rifle, as well as with Mr. Elmer's Petition and this Stipulation.

8. The United States and Mr. Elmer agree that the terms of this Stipulation are subject to review and approval by the Court, as provided in the proposed Order below. If the Court enters the proposed Order, a violation of any term or condition of this Stipulation shall be construed to be a violation of that Order.

//

//

//

//

//



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

9. The United States and Mr. Elmer agree the Court shall have exclusive jurisdiction over interpretation and enforcement of this Settlement Agreement and Order.

Respectfully submitted,

DATED: October 23, 2026

*s/ Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Krista.Bush@usdoj.gov
*Counsel for the United States*

DATED: October 22, 2026

*s/ Eric John Elmer*
ERIC JOHN ELMER
*Third-Party Petitioner*
[redacted]@comcast.net
**Permission to e-sign and e-file granted*

~~[PROPOSED]~~

**ORDER**

The Court, having reviewed the above Stipulation between the United States and Third-Party Petitioner Eric John Elmer, as well as the other pleadings and papers filed in this matter HEREBY APPROVES the above Stipulation and its terms.

NOW, THEREFORE, THE COURT ORDERS:

The United States shall return the following property to Eric John Elmer, when it is no longer needed for evidentiary purposes:

a. a Diamondback DB15 .223 caliber rifle, bearing serial number DB2044822, seized on or about August 19, 2025, from a vehicle associated with Defendant Troy Fairchild.

IT IS SO ORDERED.

DATED this 26th day of October, 2026.

Lauren King

THE HON. LAUREN KING
UNITED STATES DISTRICT JUDGE



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which sends notice of the filing to all ECF participants of record.

I hereby further certify that on October 23, 2026, I served the foregoing document on the following parties who are not participating in ECF, by electronic mail, as indicated:

Eric John Elmer
[redacted]@comcast.net

*s/ Sophia J. Stoughton*
SOPHIA J. STOUGHTON
FSA Paralegal II, Contractor
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Sophia.Stoughton@usdoj.gov